IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 19-406 RB |
| Plaintiff, | |
| vs. | Count 1: 18 U.S.C. § 844(e): Malicious Threat to Injure by Fire or Explosive; |
| **SAMUEL ROBERT GILPIN**, | |
| Defendant. | Count 2: 18 U.S.C. § 115(a)(1)(B), (b)(4): Threatening to Murder a United States Official. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about July 28, 2017, in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SAMUEL ROBERT GILPIN**, through the use of the telephone, willfully made a threat to kill and to injure people inside the Doña Ana County Clerk's Office and unlawfully damage and destroy a building, the Doña Ana County Clerk's Office, by means of fire and an explosive, in and affecting interstate commerce.

In violation of 18 U.S.C. § 844(e).

## Count 2

On or about December 31, 2018, in Doña Ana County, in the District of New Mexico and elsewhere, the defendant, **SAMUEL ROBERT GILPIN**, did threaten to murder D.L., a United States Veterans Affairs Employee, with intent to impede, intimidate, and interfere with D.L. while he was engaged in the performance of his official duties, and with intent to retaliate against D.L. on account of his performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

*M—P—*
_____
Assistant United States Attorney

02/11/19  11:16AM